IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

> The Court acknowledges the Stipulation to Dismiss, dkt. 23.
> JPH, 11/15/2021
> Distribution via ECF.

| | |
|---|---|
| CORRY LITTLE, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-cv-00166-JPH-MG |
| v. | ) |
| | ) |
| JUSTIN COLE IN HIS OFFICIAL CAPACITY AS PARKE COUNTY SHERIFF, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above entitled action, acting through their attorneys, that said action be dismissed with prejudice all costs having been paid and all matters of controversy for which said action was brought having been fully settled, compromised and adjourned.

**TRAVELERS STAFF COUNSEL**

/s/ Aimee Rivera Cole
Aimee Rivera Cole
280 E. 96th Street, Suite 325
Indianapolis, IN 46240

**HASSLER KONDRAS MILLER LLP**

/s/ *Robert P. Kondras* (with permission)
Robert P. Kondras
100 Cherry Street
Terre Haute, IN 47807